**Motion Granted and Order filed July 19, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00050-CR
_____

### DESHAWN JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1441990**

---

## ORDER

Appellant, who has been found indigent by the trial court, filed a motion to supplement the reporter's record to include the transcript of the hearing on his motion for new trial, which was held on April 13, 2016. The motion is **GRANTED**. The court reporter shall prepare and file a reporter's record of the hearing on appellant's motion for new trial by **August 18, 2016**.

PER CURIAM